UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(West Palm Beach Division)



FILED BY _____ D.C.

MAY 23 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

CASE NO. 9:15-cv-81056-RLR

ANGELA LAMBERT,

    Plaintiff,

vs.

WORLDWIDE MARKETING
TECHNOLOGIES CORPORATION, a
Florida for-profit corporation,
CLAUDINA PENNELL, an individual and
DANIEL PENNELL, an individual,

    Defendants.
_____/

## MOTION FOR CEASE AND DESIST AND SANCTIONS

PLEASE TAKE NOTICE THAT: The Plaintiff, ANGELA LAMBERT ("Plaintiff"), hereby requests that the court order the attorney for Defendant, WORLDWIDE MARKETING TECHNOLOGIES CORPORATION's ("WMTEC") Jeffrey Thompson, Esq., and upon those persons in active concert or participation with him who receive actual notice of the injunction and cease and desist order by personal service or otherwise, to cease and desist contacting plaintiff by email or any other form of communication that does not originate through the court.

### STATEMENT OF FACTS

1. On May 3, 2016, this court instructed Mr. Thompson to limit his contact with the plaintiff to one email regarding one outstanding discovery request.

2. On May 9, 2016 Plaintiff received email beginning with the words: "Ms. Lambert, Pursuant to the Judge's May 3, 2016 Order, we have scheduled the time and place for the production of the items listed on Defendant's Third Request for Production, and Defendant's Fourth Request for Production." This email satisfied the instruction of the court. A copy of the email is attached hereto.

3. On May 12, 2016, at 12:23 PM Plaintiff received an email stating: "Please find attached a Notice of Non-Objection to the subpoena for records directed to the college formerly known as Edison State College." Signed by Brenda Barreto Staudte Legal Assistant to Jeffrey D. Thompson, Esquire. A copy of the email is attached hereto.

4. On May 12, 2016, at 1:41 PM Plaintiff received an email stating: "Brenda Staudte would like to recall the message, "0518-0175 Lambert, Angela vs. Worldwide Marketing Technologies Corporation." Signed by Brenda Barreto Staudte Legal Assistant to Jeffrey D. Thompson, Esq. Due to the fact that the plaintiff (pro se) is a non-lawyer and was uncertain regarding the meaning and effect of the email and receipt of same on the date it was received caused stress and anguish to the plaintiff due to having to respond on extremely short notice with objection to referenced subpoena being sent, when the Defendant's counsel was instructed by the this court to only communicate to the plaintiff regarding the one outstanding discovery request that Mr. Thompson made the court aware of at hearing on May 3, 2016. A copy of the email is attached hereto.

5. On May 18, 2016, at 8:36 AM, Plaintiff, in accordance with the May 3, 1016 Order of this court, responded to the outstanding discovery requests on the Third and Fourth Motion to Produce, by US Mail and by Email to Defendant's attorney. A copy of the email without the attached response to discovery is attached hereto.

6. On May 18, 2016 at 2:16 PM Plaintiff received an email from Defendant attorney, Jeffrey D. Thompson stating: "Ms. Lambert... This email shall serve as my attempt to resolve the discovery objection you have made. The place and time for the inspection of your computer as well as the digital document you prepared is still scheduled for Tuesday, May 24, 2016 at 11:00 AM at Atlantic Reporting in Port St. Lucie, Florida. The computer and related programs, documents and software is scheduled to be inspected in your presence. I have scheduled a court reporter to also be there to record any objections you may have if you believe the inspection is being conducted improperly in any way. The fact that you claim the document was created by an "open source" does not make irrelevant our request for a copy and an inspection. My client has the right to inspect and review the basis of any document on which you are seeking to rely. Please advise before the end of this week if you plan to appear on Tuesday, May 24, 2016 for the inspection of your computer and production of the digital document, which is the modified date set by the judge. Otherwise, I will have no other options but to make a motion to compel your cooperation." Jeff Thompson. A copy of the email is attached hereto.

## ARGUMENT

Defendant's attorney has violated the Order of this court regarding the limitations of communication with the Plaintiff by communicating with Plaintiff on two occasions since the May 3, 2016 hearing and Order. In doing so, it can be reasonably assumed that counsel is seeking to unfairly and improperly exploit and take unfair advantage of the Plaintiff's current pro se status and to coerce, intimidate, or pressure her to capitulate to his demands despite the Plaintiff's expressed objections, arguments, reasonings, and responses with regard to the specific discovery issue at hand. Secondly, Plaintiff argues and asserts that Defendant's

counsel with the content of communications in the specified email is improperly rendering legal advice to the Plaintiff. Thirdly, Plaintiff argues and asserts that Defendant's counsel with the content of communications in the specified email regarding actions he proposes or propounds he will or will not initiate and the reasons thereof has appointed himself and is acting as both judge and jury with respect to the specific issue involved in this case, despite the inarguable fact he is neither.

## CONCLUSION

Defendant's attorney knowingly, willfully and repeatedly violated the Order of this court with direct communication, thereby demonstrating blatant disregard for the authority of the court as well as contempt for the rules of procedure and rules governing attorney conduct.

**Wherefore, the Plaintiff prays:**

A. That this Court issue an Order prohibiting contact and communication not originating through or permitted by this Court with Plaintiff by Defendant's attorney.

B. That this Court impose such sanctions and relief as it may determine appropriate.

Respectfully submitted,<br>
Angela M. Lambert<br>
angelamarielambert@yahoo.com<br>
8314 Riviera Way<br>
Port St. Lucie, Florida 34986<br>
(772) 285-0549

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2016, I served a copy of the foregoing document upon Jeffrey D. Thompson, Esq. by email and first-class U.S. mail.

/s/ Angela M Lambert
Angela M. Lambert

# Brenda Staudte

| | |
|---|---|
| **From:** | Brenda Staudte |
| **Sent:** | Monday, May 09, 2016 3:55 PM |
| **To:** | 'Angelamarielambert@yahoo.com' |
| **Cc:** | Yahaira Bayala |
| **Subject:** | 0518-0175 Lambert, Angela vs. Worldwide Marketing Technologies Corporation: |
| **Attachments:** | Notice of Change of Date and Time for Production of Documents and Things.pdf |

Ms. Lambert,

Pursuant to the Judge's May 3, 2016 Order, we have scheduled the time and place for the production of the items listed on Defendant's Third Request for Production, and Defendant's Fourth Request for Production. Please see the attached Notice of Change of Date and Time for the Production of Documents and Things.

The production will take place **May 24, 2016 at 11: 00 a.m.** at **Atlantic Reporting, 201 SW Port St. Lucie Blvd., Suite 108, Port St. Lucie, FL 34984.**

Thank you for your attention,

Brenda Barreto Staudte
Legal Assistant to Jeffrey D. Thompson, Esquire


**HURLEY ROGNER**
MILLER, COX & WARANCH, P.A.

bstaudte@hrmcw.com    www.hrmcw.com
**Central Florida Office**

1560 Orange Avenue Suite 500 Winter Park, FL 32789

Main: 407-571-7400   Fax: 407-571-7401

Treasure Coast (772) 489-2400
Broward (954) 794-6933
North Florida (850) 222-1200
Southwest Florida (239) 939-2002
Miami-Dade (305) 423-7182

**Confidentiality Disclaimer**: This e-mail message and any attachments are private communication sent by a law firm, Hurley, Rogner, Miller, Cox & Waranch, P.A., and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message and then delete the e-mail and any attachments. Thank you.

**Replies Filtered**: Any incoming e-mail reply to this communication will be electronically filtered for "spam" and/or "viruses." That filtering process may result in such reply being quarantined (i.e., potentially not received at our site at all) and/or delayed in reaching us. For that reason, we cannot guarantee that we will receive your e-mail reply and/or that we will receive it in a timely manner. Accordingly, you should consider sending communications to us, which are particularly important or time-sensitive by means other than e-mail.

1

| | |
|---|---|
| **Subject:** | 0518-0175 Lambert, Angela vs. Worldwide Marketing Technologies Corporation: |
| **From:** | Brenda Staudte (bstaudte@hrmcw.com) |
| **To:** | Angelamarielambert@yahoo.com; |
| **Cc:** | ybayala@hrmcw.com; |
| **Date:** | Thursday, May 12, 2016 12:23 PM |

Please find attached a Notice of Non-Objection to the subpoena for records directed to the college formerly known as Edison State College.

Brenda Barreto Staudte

Legal Assistant to Jeffrey D. Thompson, Esquire



bstaudte@hrmcw.com   www.hrmcw.com

**Central Florida Office**

1560 Orange Avenue Suite 500 Winter Park, FL 32789

Main: 407-571-7400   Fax: 407-571-7401

Treasure Coast (772) 489-2400

Broward (954) 794-6933

North Florida (850) 222-1200

Southwest Florida (239) 939-2002

Miami-Dade (305) 423-7182

**Confidentiality Disclaimer**: This e-mail message and any attachments are private communication sent by a law firm, Hurley, Rogner, Miller, Cox & Waranch, P.A., and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient,

you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Please notify the sender immediately by replying to this message and then delete the e-mail and any attachments. Thank you.

**Replies Filtered**: Any incoming e-mail reply to this communication will be electronically filtered for "spam" and/or "viruses." That filtering process may result in such reply being quarantined (i.e., potentially not received at our site at all) and/or delayed in reaching us. For that reason, we cannot guarantee that we will receive your e-mail reply and/or that we will receive it in a timely manner. Accordingly, you should consider sending communications to us, which are particularly important or time-sensitive by means other than e-mail.

## Attachments

- image001.jpg (3.89KB)
- Notice of Non-Objection re sub for Academic Records.pdf (28.08KB)

| | |
|---|---|
| **Subject:** | Recall: 0518-0175 Lambert, Angela vs. Worldwide Marketing Technologies Corporation: |
| **From:** | Brenda Staudte (bstaudte@hrmcw.com) |
| **To:** | Angelamarielambert@yahoo.com; |
| **Cc:** | ybayala@hrmcw.com; |
| **Date:** | Thursday, May 12, 2016 1:41 PM |

Brenda Staudte would like to recall the message, "0518-0175 Lambert, Angela vs. Worldwide Marketing Technologies Corporation: ".

by replying to this message and then delete the e-mail and any attachments. Thank you.

**Replies Filtered**: Any incoming e-mail reply to this communication will be electronically filtered for "spam" and/or "viruses." That filtering process may result in such reply being quarantined (i.e., potentially not received at our site at all) and/or delayed in reaching us. For that reason, we cannot guarantee that we will receive your e-mail reply and/or that we will receive it in a timely manner. Accordingly, you should consider sending communications to us, which are particularly important or time-sensitive by means other than e-mail.

**From:** Angela Lambert [mailto:angelamarielambert@yahoo.com]
**Sent:** Thursday, May 12, 2016 4:18 PM
**To:** Brenda Staudte; Jeff Thompson
**Subject:** Re: 0518-0175 Lambert, Angela vs. Worldwide Marketing Technologies Corporation:

Mr. Thompson;

I object to this request and subpoena for my records.

Judge Rosenberg asked you how many outstanding discovery requests in the hearing on May 3, 2016 and you stated only one, which you have emailed me regarding the change of locations. Judge Rosenberg also stated that you could email me one time, having to do with that change of location and the relevant production document. You have emailed me and I received it.

Furthermore, the order from Judge Rosenberg states that I have until May 24, 2016 to respond to outstanding discovery requests. I was not aware that my former attorney's did not respond to this and in light of both the order and the fact that this was not responded to during the time that my former attorney's were still retained, then you should not send for these records that I object to.

I will be contacting the court regarding this, as soon as possible.

Angela Lambert

On Thursday, May 12, 2016 1:47 PM, Brenda Staudte <bstaudte@hrmcw.com> wrote:

| | |
|---|---|
| **Subject:** | RE: 0518-0175 Lambert, Angela vs. Worldwide Marketing Technologies Corporation: |
| **From:** | Brenda Staudte (bstaudte@hrmcw.com) |
| **To:** | angelamarielambert@yahoo.com; |
| **Cc:** | ybayala@hrmcw.com; |
| **Date:** | Thursday, May 12, 2016 4:27 PM |

Ms. Lambert, We are retracting the subpoena. We are not serving the subpoena as noted in the prior email. I apologize for any inconvenience.

Brenda Barreto Staudte

Legal Assistant to Jeffrey D. Thompson, Esquire



bstaudte@hrmcw.com   www.hrmcw.com

**Central Florida Office**

1560 Orange Avenue Suite 500 Winter Park, FL 32789

Main: 407-571-7400   Fax: 407-571-7401

**Treasure Coast** (772) 489-2400

**Broward** (954) 794-6933

**North Florida** (850) 222-1200

**Southwest Florida** (239) 939-2002

**Miami-Dade** (305) 423-7182

**Confidentiality Disclaimer:** This e-mail message and any attachments are private communication sent by a law firm, Hurley, Rogner, Miller, Cox & Waranch, P.A., and may contain confidential, legally privileged information meant solely for the intended recipient. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution or copying of this communication is strictly prohibited. Please notify the sender immediately

**Subject:** RE: Lambert vs WMtek-Response To Fourth Request To Produce

**From:** Jeff Thompson (jthompson@hrmcw.com)

**To:** angelamarielambert@yahoo.com; bstaudte@hrmcw.com;

**Date:** Wednesday, May 18, 2016 2:16 PM

Ms. Lambert... This email shall serve as my attempt to resolve the discovery objection you have made. The place and time for the inspection of your computer as well as the digital document you prepared is still scheduled for Tuesday, May 24, 2016 at 11:00 am at Atlantic Reporting in Port St. Lucie, Florida. The computer and related programs, documents and software is scheduled to be inspected in your presence. I have scheduled a court reporter to also be there to record any objections you may have if you believe the inspection is being conducted improperly in any way. The fact that you claim the document was created by an "open source" does not make irrelevant our request for a copy and an inspection. My client has the right to inspect and review the basis of any document on which you are seeking to rely. Please advise before the end of this week if you plan to appear on Tuesday, May 24, 2016 for the inspection of your computer and production of the digital document, which is the modified date set by the judge. Otherwise, I will have no other options but to make a motion to compel your cooperation.

Jeff Thompson

**From:** Angela Lambert [mailto:angelamarielambert@yahoo.com]
**Sent:** Wednesday, May 18, 2016 9:51 AM
**To:** Jeff Thompson; Brenda Staudte
**Subject:** Fw: Lambert vs WMtek-Response To Fourth Request To Produce

Due to the storms yesterday and the resulting power outages in Port Saint Lucie, I was unable to send this via email before the close of business yesterday; thus the reason it contains yesterday's date though I sent it via email, this morning.

Angela Lambert

On Wednesday, May 18, 2016 8:36 AM, Angela Lambert <angelamarielambert@yahoo.com> wrote:

Please see attached.

Thank you,