UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-CV-81056-RLR

ANGELA LAMBERT,

    Plaintiff,

v.

WORLDWIDE MARKETING TECHNOLOGIES
CORPORATION & CLAUDINA PENNELL &
DANIEL PENNELL,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Defendants' Motion for Discovery Sanctions [DE 55] and Defendants' Motion for Perjury Sanctions [DE 78]. Both of these motions were referred for appropriate disposition to the Honorable Dave Lee Brannon. On July 27, 2016, Judge Brannon issued his Report and Recommendations [DE 113] recommending, *inter alia*, that Plaintiff be sanctioned by dismissal of her claims with prejudice. Plaintiff filed objections. DE 115. The Court has conducted a *de novo* review of Magistrate Judge Brannon's Report and Recommendations, has reviewed Plaintiff's objections, has reviewed the record, and is otherwise fully advised in the premises.

Upon review, the Court finds Judge Brannon's recommendations to be well reasoned and correct. The sanctions recommended by Judge Brannon are entirely appropriate. With respect to Plaintiff's objections, the Court notes that while Plaintiff repeatedly refers to Judge Brannon as having "plain bias" against her, the truth of the matter is that Judge Brannon, in reaching his conclusions, has shown considerable restraint. Although the record before the Court would support even harsher sanctions than those recommended by Judge Brannon, the Court concludes

1

that it will adopt Judge Brannon's conclusions without alteration.

It is hereby **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Brannon's Report and Recommendations [DE 115] is hereby **ADOPTED**;

2. Defendants' Motion for Discovery Sanctions [DE 55] is **GRANTED IN PART AND DENIED IN PART**;

3. Defendants' Motion for Perjury Sanctions [DE 78] is **GRANTED IN PART AND DENIED IN PART**;

4. Defendants shall be awarded reasonable attorney's fees and costs related to the instant motions;

5. Plaintiff's claims are **DISMISSED WITH PREJUDICE**;

6. All pending motions are **DENIED AS MOOT**; and

7. The Clerk of the Court shall **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 16th day of August, 2016.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record