No Fee pd
IFP

FILED by _____ D.C.
SEP 12 2016
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

**United States District Court for the**
SOUTHERN DISTRICT OF FLORIDA

File Number 9:15-CV-81056-RLR

ANGELA LAMBERT
   *Plaintiff,*
  v.
WORLDWIDE MARKETING TECHNOLOGIES CORPORATION
& CLAUDINA PENNELL & DANIEL PENNELL, )

   *Defendants.*

# Notice of Appeal

Notice is hereby given that Angela Lambert, (plaintiff) in the above-named case, hereby appeals to the United States Court of Appeals for the ELEVENTH Circuit (from the final judgement) (from an order (describing it)) entered in this action on the 16th day of August, 20 16.

/s/ [signature]

Angela Lambert
8314 Riviera Way, Port St. Lucie, FL. 34986

CERTIFICATE OF SERVICE

I hereby certify that a copy hereof has been furnished to Jeffery D. Thompson, Esq., Attorney for Defendants, by email at jthompson@hrmcw.com on this day of September 12, 2016.

[signature]